IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CARLOS ANTONIO RAYMOND, | § | |
| *Plaintiff,* | § | SA-20-CV-00965-FB |
| vs. | § | |
| IVEST PROPERTIES, LLC, ABDELHAKIM RAFATI, IN HIS OFFICIAL CAPACITY AS REGISTERED AGENT; LYDIA O'CONNEL, IN HER OFFICIAL CAPACITY AS BEXAR COUNTY COURT COORDINATOR, COURT 10; AND  OTHER INDIVIDUALS AND COUNTY OFFICIALS, | § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Motion and Advisory to the Court [#38].  Plaintiff Carlos Antonio Raymond, proceeding *pro se*, seems to be asking the Court for assistance with serving his Amended Complaint [#36] on the various Defendants named in this suit.  Although Plaintiff's Amended Complaint has been docketed, there is no record of Plaintiff requesting summonses or of service of the pleading.  Plaintiff has filed several additional motions and advisories asking for the Court's guidance as to the next steps he should take in prosecuting his lawsuit.  The Court will grant the motion and order Plaintiff to complete a United States Marshal Service Form 285 for each Defendant and direct the United States Marshal Service to serve each Defendant with a copy of the Amended Complaint.

The Court notes that since filing his Amended Complaint, Plaintiff has filed a "Supplemental Amended Complaint," asking the Court for permission to add additional parties and claims for relief.  Because Plaintiff has not yet served a pleading on any Defendant in this

1

suit, he need not ask the Court for leave to file further amendments to his pleadings. The Court will direct the Marshal to serve both Plaintiff's Amended Complaint [#36] and his Supplemental Amended Complaint [#39] on every Defendant for whom Plaintiff completes Form 285.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion and Advisory to the Court [#38] is **GRANTED**.

**IT IS FURTHER ORDERED** that within ten (10) days of the date of this Order, Plaintiff shall submit to the Clerk's Office a fully completed United States Marshal Service Form 285, including fully complete addresses, for each Defendant required to be served and the United States Marshal's Service shall serve each Defendant with a copy of the **Plaintiff's Amended Complaint [#36] and Supplemental Amended Complaint [#39]** and a copy of this order by certified mail, return receipt requested. Form 285 is available at https://www.usmarshals.gov/process/usm285.pdf.

SIGNED this 14th day of April, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE